

**SO ORDERED.**

**SIGNED this 24 day of November, 2020.**

Stephani W. Humrickhouse
United States Bankruptcy Judge

---

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

IN RE:
JOHN MICHAEL SILVAGNI                     CASE NO: 16-04685-5-SWH
BARBARA JEAN SILVAGNI                     CHAPTER 13
717 SETTLERS LANE
KURE BEACH, NC 28449
    DEBTORS

## CONSENT ORDER

    **THIS CAUSE** coming on to be heard upon the Trustee's Motion to Dismiss and Debtors' response thereto.
    **AND IT APPEARING TO THE COURT** that the Debtors and the Chapter 13 Trustee have consented to resolve this matter and request the entry of this Consent Order based upon the following:

    **NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Debtors will make a SPECIFIC payment of $3,600.00 on or before November 30, 2020. In the event the Debtors fail to make this specific payment within (ten) 10 days of the above due date, this case will be dismissed without further notice or hearing. The Debtors will be granted COVID waivers totaling $4,930.00 in order to bring the plan current through November, 2020. Debtors will resume regular payments of $3,194.00 each month beginning December, 2020. In the event the Debtors fail to make any payment due within thirty (30) days of the due date, for a period of six (6) months, this case will be dismissed without further notice or hearing.
**CONSENTED TO:**

s/Joseph A. Bledsoe, III
**JOSEPH A. BLEDSOE, III**
**CHAPTER 13 TRUSTEE**

**PAUL A. NEWTON**
**ATTORNEY FOR DEBTORS**

"End of Document"